United States Courts
Southern District of Texas
FILED

AO 91 (Rev 8/01)  Criminal Complaint

*February 20, 2022*

Nathan Ochsner, Clerk of Court

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Hector Polanco-Rodriguez

**CRIMINAL COMPLAINT**

Case Number: M-22-0368-M

IAE  YOB: 1994
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __February 19, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near McAllen, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Hector Polanco-Rodriguez was encountered by Border Patrol Agents near McAllen, Texas on February 19, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 19, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on January 22, 2022, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On November 5, 2019, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to thirty (30) months confinement and a two (2) year Supervised Release Term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA Matthew Phelps
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 20, 2022  at 11:01 AM

/S/  Shakira Singho
Signature of Complainant
Shakira Singho                Border Patrol Agent

J. Scott Hacker              , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer